UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN FRAZIER,

        Plaintiff,                                    Case Number 19-10389

v.                                                   Honorable David M. Lawson

                                                      Magistrate Judge Patricia T. Morris

COLTHFELT and SCHUBRING,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON *IN FORMA PAUPERIS* SCREENING

Presently before the Court is the report issued on February 7, 2020 by Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the plaintiff's motion to amend his complaint and dismiss all claims and defendants except for those against defendants Colthfelt and Schubring—the only defendants remaining from the Court's prior order of dismissal (ECF No. 14). Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the plaintiff's motion to amend his complaint (ECF No. 15) is **GRANTED**.

It is further **ORDERED** that all claims and defendants, except for those against defendants Colthfelt and Schubring, are **DISMISSED**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Date: February 25, 2020

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on February 25, 2020.

s/Susan K. Pinkowski  
SUSAN K. PINKOWSKI